AUSA:   S. Fairchild          Telephone:  (313) 226-9577
AO 91 (Rev. 11/11)   Criminal Complaint        Agent:        Jason Messenger        Telephone:  (313) 969-3370

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.

Mynor Antonio PEREZ PEREZ

Case No.

Case: 2:25−mj−30448
Assigned To : Unassigned
Assign. Date : 7/15/2025
Description: CMP USA V. PEREZ
PEREZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 12, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Jm Messey_
Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 15, 2025 _____

City and state:  Detroit, MI

_Judge's signature_

Kimberly Altman, U.S. Magistrate Judge
_Printed name and title_

# **AFFIDAVIT**

I, Jason Messenger, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Mynor Antonio PEREZ-PEREZ, a native and citizen of Guatemala.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for PEREZ-PEREZ for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about April 24, 2022, PEREZ-PEREZ was encountered by United States Border Patrol agents in Rio Grande Valley, Texas. PEREZ-PEREZ was processed as an Expedited Removal under the name of Antonio Minor PEREZ-PEREZ issued A# XXX XXX 442.  PEREZ-PEREZ was removed to Guatemala on June 2, 2022, via Alexandria, Louisiana.

4. On or about August 5, 2022, PEREZ-PEREZ was encountered by United States Border Patrol agents in El Paso, Texas.  PEREZ-PEREZ was expelled to Mexico under Title 42 under the name of Mynor Antonio PEREZ-PEREZ.

5. On or about January 13, 2025, PEREZ-PEREZ was encountered by United States Border Patrol agents in Huron, Ohio.  PEREZ-PEREZ was processed as a Reinstatement of Deport Order (Form I-871) under the name of Mynor Antonio PEREZ-PEREZ but was released due to lack of detention space.

6. On July 12, 2025, an officer from Lincoln Park Police Department requested assistance from the Gibraltar Border Patrol Station identifying six adult male subjects encountered during a traffic stop. The driver of the vehicle in which

1

PEREZ-PEREZ was a passenger was given a citation for no valid operator's license.

7. On July 12, 2025, at approximately 3:30 PM, a Border Patrol Agent arrived on scene and encountered PEREZ-PEREZ.  The agent identified themself as a Border Patrol Agent to PEREZ-PEREZ and conducted an immigration inspection.  The agent determined that PEREZ-PEREZ was an alien who unlawfully entered the United States at a time and place other than as designated by the Secretary of The Department of Homeland Security of the United States.  The agent arrested PEREZ-PEREZ and transported him to the Gibraltar Border Patrol Station for further processing.

8. While at the Gibraltar Border Patrol Station, PEREZ-PEREZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that PEREZ-PEREZ is a citizen of Guatemala, with no record of obtaining permission to re-enter the United States following his last removal on June 2, 2022.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# XXX XXX 442) for PEREZ-PEREZ, and queries in U.S. Department of Homeland Security databases confirm no record exists of PEREZ-PEREZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on June 2, 2022.

11. Based on the above information, I believe there is probable cause to conclude that Mynor Antonio PEREZ-PEREZ is a native and citizen of Guatemala, who was previously removed from the United States and was thereafter found in the United States,  without the express permission from

the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).


Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security


Sworn to before me and signed in my
presence and/or by reliable electronic means.


Honorable Kimberly Altman
United States Magistrate Judge

July 15, 2025

3